IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY P. HEARD, JR,

    Plaintiff,

    v.

Case No. 20-cv-555-jdp

LT. TAYLOR AND SGT. SAYLOR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |